# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## CASE NO. 2025-cv-20544-JEM

| | |
|---|---|
| JAY LEWIS FARROW, FARROW LAW, P.A., DR. JANE DOE, and INFANT DOE,<br><br>              Plaintiffs,<br>  vs.<br><br>IOA GROUP, LLC, INSURANCE OFFICE OF AMERICA, INC., HEATH RITENOUR, JOHN RITENOUR, FTI CONSULTING, INC., STEVEN H. GUNBY, TIMOTHY KOLAYA, STUMPHAUZER, KOLAYA, NADLER & SLOMAN, PLLC, BRIAN MORAN, MORAN, KIDD, LYONS, JOHNSON, GARCIA, P.A., GUNSTER LAW, BENJAMIN WIEDER, MCCLATCHY MEDIA COMPANY, DUANE MORRIS, LLP, JOE TAYLOR RESTORATION, INC., JOSEPH CLIFFORD TAYLOR, WIESS, SEROTA, HELFMAN, COLE & BIERMAN, P.L., DUANE MORRIS, LLP, BUCKNERMILES, P.A., ROIG, ROSENBERG, MARTIN & BELLIDO, P.A., TELAN, MELTZ, WALLACE & EIDE, P.A., AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA, BERKSHIRE HATHAWAY SPECIALTY INSURANCE COMPANY, CHUBB CUSTOM INSURANCE COMPANY, HARTFORD CASUALTY INSURANCE COMPANY, MARKEL INSURANCE COMPANY, NATIONWIDE INSURANCE COMPANY OF AMERICA, PHILADELPHIA INDEMNITY INSURANCE COMPANY, and SAFEPOINT INSURANCE COMPANY,<br><br>      Defendants._____ | |

1

### PLAINTIFFS' NOTICE OF FILING JAY LEWIS FARROW'S MOTION
### FOR ORDER TO SHOW CAUSE
### FLORIDA SUPREME COURT CASE NUMBER: 2024-1681

**COME NOW**, Plaintiffs, JAY L. FARROW ("Farrow"), FARROW LAW, P.A., ("FLF" or "Farrow Law"), DR. JANE DOE ("Dr. Doe") and INFANT DOE (collectively "Plaintiffs"), by and through undersigned counsel, and hereby file Plaintiffs' Notice of Filing Jay Lewis Farrow's Motion for Order to Show Cause, Florida Supreme Court Case Number: 2024-1681.

Respectfully submitted,

February 27, 2025

FARROW LAW, P.A.
*Attorneys for Plaintiffs*
1 Alhambra Plaza, PH
Coral Gables, Florida 33134
Telephone: (954) 805 1915
Jay.Farrow@counselorlawfirm.com
jaylewisfarrow3@proton.me

BY:   /s/ Jay L. Farrow
         JAY L. FARROW
         Florida Bar Number: 625213