UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-cv-20544-GAYLES/LOUIS

JAY LEWIS FARROW, et al.,

    Plaintiffs,

v.

IOA GROUP, LLC, et al.,

    Defendants.

_____/

**ORDER OF TRANSFER**

    **GOOD CAUSE** appearing that a transfer of this cause is appropriate pursuant to S.D. Fla. L.R. 3.8 (citing §2.15.00 of the Court's Internal Operating Procedures), due to the lower-numbered case 24-CV-60422-RS, and subject to the consent of the Honorable Rodney Smith, it is

    **ORDERED AND ADJUDGED** that the above styled cause is hereby transferred to the Honorable Rodney Smith for all further proceedings.

    **DONE AND ORDERED** in Chambers at Miami, Florida, this 24th day of April, 2025.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

2

After reviewing the Court file in the above styled cause, the undersigned hereby accepts the transfer of this action. Therefore, it is

**ORDERED AND ADJUDGED** that all proceedings hereinafter shall bear Case No. 25-CV-20544-RS, thereby indicating the judge to whom all pleadings should be routed.

**THE FOREGOING** transfer is herewith accepted this 29th day of April, 2025.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: counsel of record