UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-20544-CIV-SMITH/LOUIS

JAY LEWIS FARROW, *et al.*,

    Plaintiff,

v.

IOA GROUP, LLC, *et al.*,

    Defendants.
_____/

## ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE

This matter is before the Court upon the Magistrate Judge's Report and Recommendation to District Judge [DE 103], recommending Defendant Weiss Serota's Motion to Quash Service and Dismiss [DE 85] be granted. No objections have been filed. Accordingly, having reviewed the Report and Recommendation, the motion, the record, and given that no objections have been filed, it is

**ORDERED** that:

1)   The Magistrate Judge's Report and Recommendation to District Judge **[DE 103]** is **AFFIRMED and ADOPTED** and incorporated by reference into this Court's Order.

2)   Defendant Weiss Serota's Motion to Quash Service and Dismiss **[DE 85]** is **GRANTED**.

3)   The following Defendants are **DISMISSED without prejudice** from this action:

    a. Weiss, Serota, Helfman, Cole & Bierman, P.L.

    b. FTI Consulting, Inc.

    c. Steven H. Gunby

    d. Timothy Kolaya

      e. Roig, Rosenberg, Martin & Bellido, P.A.

      f. Telan, Meltz, Wallace & Eide, P.A.

      g. Christopher Oprison

**DONE and ORDERED** in Fort Lauderdale, Florida, this 18th day of July, 2025.

*[Signature]*

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record