UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 25-20544-CV-SMITH**

JAY LEWIS FARROW, *et al.*,

    Plaintiffs,

v.

IOA GROUP, LLC, *et al.*,

    Defendants.

_____/

**ORDER TO SHOW CAUSE**

    This cause came before the Court upon Defendants' Notice of Filing Supreme Court of Florida's Order Approving Petition for Emergency Suspension [DE 106], which features an attached Order entered by the Supreme Court of Florida on August 4, 2025 approving The Florida Bar's Petition for Emergency Suspension in the matter styled The *Florida Bar v. Jay Lewis Farrow, Supreme Court of Florida*, Case No. SC2025-0863 (the "Order"). In its Order, the Florida Supreme Court suspended Respondent Jay Lewis Farrow ("Farrow") from the practice of law until further order of the Court. The Florida Supreme Court also ordered Farrow to, among other things, wind down all pending matter and withdraw from representation of all clients within 30 days from the date of the Order.

    In the instant case, Farrow is counsel of record for certain Plaintiffs in this matter and his 30-day deadline to withdraw from representing those Plaintiffs expired on September 4, 2025. However, Farrow has not moved to withdraw nor has he begun to wind down this matter. Accordingly, it is

**ORDERED** that on or before **September 15, 2025,** Mr. Farrow shall respond to this order to show cause by explaining why this case should not be dismissed in accordance with the Order of suspension entered by the Florida Supreme Court. Mr. Farrow shall further explain why he failed to inform the Court of the Florida Supreme Court's Order. <u>Failure to comply with this order will result in dismissal of this action without further notice.</u>

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 9th day of September, 2025.

**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record