UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-20544-CIV-SMITH

JAY LEWIS FARROW, *et al.*,

    Plaintiffs,

vs.

IOA GROUP, LLC, *et al.*,

    Defendants.
_____/

## ORDER OF DISMISSAL

This matter is before the Court *sua sponte*. On September 9, 2025, the Court issued an Order to Show Cause ("Order") [DE 107], requiring Plaintiff, Jay Lewis Farrow, to respond to the Court's Order by explaining why this case should not be dismissed in accordance with the Order of Suspension entered by the Florida Supreme Court. The Court also directed Mr. Farrow to further explain why he failed to inform the Court of the Florida Supreme Court's Order. The Court explained that failure to comply with its Order would result in dismissal of this action without further notice. Mr. Farrow's deadline to respond to the Court's Order was September 15, 2025. However, Mr. Farrow failed to comply with the Court's Order. Accordingly, it is

**ORDERED** that:

1. This matter is **DISMISSED.**

2. All pending other motions are **DENIED as moot.**

3. This case is **CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 16th day of September, 2025.

                                        **RODNEY SMITH**
                                        **UNITED STATES DISTRICT JUDGE**

cc:  Counsel of Record